IN THE MIDDLE DISTRICT COURT OF APPEAL
STATE OF FLORIDA

FRANK L. OWENS

V.

9th JUDICAL CIRCUIT COURT
JOSE RODRIGUEZ

CASE NO.

6-08-CV-2092-35GJK

PROVIDED TO
HAMILTON
FOR MAILING
FILED
2008 DEC 22 PM 3:01
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## AMENDED NOTICE OF FILEING COMPLAINT FOR JUDICAL MISCONDUCT

COMES NOW, Plaintiff FRANK L OWENS, moves to file complaint against Defendant JOSE RODRIGUEZ, for Judical Misconduct in violation of FL. Stat. 839.25 subsection (1).

Approximately on the 18th day of August 2006, JOSE RODRIGUEZ, did unlawfully by an act by the means while acting in a official compasity of a public servant with corrupt intent to obtain and benifit for himself to cause ireparable harm to FRANK L OWENS Knowingly causeing FRANK L OWENS harm by imposeing sentences in violation of F.S.§ 775.082(4)(a), and U.S.C. amends 5th and 14th; FLA. Const. amends. Art 1§ 2 and 9, of violation of Due Process for imposeing 10/20/Life's minimum mandatory felony enhancement penalties of 20 (twenty) years minimum mandatory sentences, consecutive; on the Plaintiff's counts 1 (one) and 2 (two) F.S.§ 775.087(2)(a)(2) and 775.087(3)(d), for the convictions of Attempted Aggravated Assault with a firearm, first degree misdameanor offenses F.S.§§ 777.04(4)(c) 784.021(1)(a), 775.087 (2), and 775.087(4)(a), which resulted in an illegal sentence, thus unconstitutional, of 40 (Forty) years of minimum mandatory imprisonment, where the Plaintiff was sentenced to this term of imprisonment at Orange County's court house in Orlando Florida.

1

I declare under penalty of perjury that I have read the complaint of AMENDED NOTICE OF FILEING COMPLAINT FOR JUDICAL MISCONDUCT and that the statements made in this complaint are true and correct.

Respectfully Submitted

Frank L Owens DC# X-45633; pro'se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing: AMENDED NOTICE OF FILEING COMPLAINT FOR JUDICAL MISCONDUCT, as prima facia proof of service be mailed to U.S.D.A Federal Building 80 N. Hughey Avenue #300, Orlando FL, 32801 and JOSE RODRIGUEZ 425 N. Orange Avenue, Orlando FL, 32801,

On this 18th day of December 2008.

Respectfully Submitted

Frank L Owens DC# X-45633 pro'se
Hamilton Correctional Institution
11419 S.W. County Rd # 249
Jasper FL, 32052