UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK L. OWENS,

   Plaintiff,

v.                                                            CASE NO. 6:08-cv-2092-Orl-35GJK

NINTH JUDICIAL CIRCUIT COURT, et al.,

   Defendants.

_____

## ORDER

This case is before the Court on the following motion:

   **MOTION**:   Plaintiff's Motion for Reconsideration of Order Dismissing Case Without Prejudice (Doc. No. 7, filed January 26, 2009).

For the following reasons, the motion is **GRANTED**. In support of his motion, Plaintiff asserts that he was hospitalized and did not have access to his legal documents, and as such, could not timely comply with the Court's December 19, 2008, Order requiring him to refile his complaint or petition on either the civil rights complaint form or the habeas form. For these reasons, the Court will reconsider its Order of Dismissal.

Plaintiff has not refiled his complaint or petition on either the civil rights complaint form or the habeas form as ordered by the Court. As such, within **THIRTY (30) DAYS** from the date of this Order, Plaintiff may refile his civil rights complaint or habeas petition by filing either a civil rights complaint or a habeas petition on one of the forms provided by the **Clerk** along with this Order. Upon the timely filing of either a habeas petition, civil rights

complaint, or a complaint alleging a cognizable federal cause of action, the instant case will be reopened and the Order of Dismissal vacated. Failure timely to refile the complaint or petition will result in the case remaining closed pursuant to the Order of Dismissal.

The Court would note that it appears that Plaintiff is attempting to bring a claim in federal court seeking relief under Section 839.25, Florida Statutes, which relates to official misconduct of public officers. This statute was repealed in 2003 and no longer applies. Additionally, the Court notes that even if the statute still applied actions under a state statute are properly raised in state courts not federal courts. Accordingly, Plaintiff is cautioned against reasserting claims that have no legal basis.

**DONE AND ORDERED** at Orlando, Florida, this 18th day of February 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 2/18
Frank L. Owens