UNITED STATES DISTRICT COURT
ORLANDO DIVISION

Provided to Lake C.I.
02/20/09

Frank L Owens
Plaintiff

V.

CASE NO.: 6:08-cv-2092-orl-3SGJk

JOSE Rodriguez
Defendant

FILED
2009 FEB 24 AM 11: 59
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## MOTION FOR NOTICE OF INQUIREY

Comes Now, Plaintiff Frank L Owens appearing pro'se in proper person doing so, moves to inquire on the behalf of his motions filed 1/23/09.

.1 In Inquircing my pending complaint filed against mr Jose Rodriguez in reference to F.S. § 839.25 (statutory Basis) of Judicial misconduct, see Exhibit "A."

.2 I would like to know the disposition on this matter as soon as possible.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING "MOTION FOR NOTICE OF INQUIREY" ARE TRUE AND CORRECT,

Signed this 19th day of February 2009

Frank L Owens DC#X45633, Prose

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a True and correct of this following foregoing "MOTION, id", as proof of service be mailed to the Clerk of court, U.S.D.C, 401. W central Blvd suite 1200, Orlando FL, 32801, on this 19th day of February 2009.

Respectfully Submitted

Plaintiff id.

Mr' Frank L Aras Dc# X45633, Pro'se At Law

State C.I main Loc,- E-1103up

2225 U.S. Huy 27

Clermont FL, 34715

ORLANDO FL 328

23 FEB 09 PM 4 L

TO: U.S. D. C.
Clerk of Court
401 w. Central Blud suite 1200
Orlando FL, 32801